**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

LAWTON MCKINNIES                                                                          PLAINTIFF

V.                                                                           NO. 4:24-CV-125-DMB-DAS

WALT MCNEIL                                                                             DEFENDANT

**<u>ORDER</u>**

On or about November 22, 2024, Lawton McKinnies filed a pro se complaint in the United States District Court for the Eastern District of Missouri against Walt McNeil, asserting a 42 U.S.C. § 1983 claim based on allegations that while he was at the Tallahatchie County Correctional Center in Tutwiler, Mississippi, he slipped, fell, and hit his head due to water leaking from the toilet in his cell. Doc. #1 at 3, 6. The case was transferred to the Northern District of Mississippi by order issued December 4, 2024, since "[McKinnies'] claims arise entirely from events which occurred during his incarceration in the Northern District of Mississippi." Doc. #5 at PageID 33. On January 8, 2025, the Court entered an order requiring McKinnies to submit within thirty days the PSP forms attached to the order,[1] warning McKinnies that "failure to return one or the other of the forms within thirty (30) days will be deemed as a purposeful delay and contumacious act by [him] and may result in this case being dismissed sua sponte, without prejudice, without further written notice." Doc. #9 at PageID 6 (emphases omitted). On August 8, 2025, the Court ordered McKinnies to show cause within twenty-one days why his case should not be dismissed with prejudice because "it appears [McKinnies'] allegations do not state a valid claim under 42 U.S.C. § 1983" as they "sound in negligence only, and negligent conduct by prison officials does not rise

---

[1] "Attached [were] (1) Notice (Form PSP-1); (2) Acknowledgment of Receipt and Certification (Form PSP-3); (3) Consent or Declination to Magistrate Judge Jurisdiction; and (4) a form by which [McKinnies] may voluntarily dismiss this lawsuit (Form PSP-4)." Doc. #9 at PageID 5.

to the level of a constitutional violation." Doc. #11.

Despite the respective warnings in the January 8 order and the August 25 order, McKinnies failed to comply with both orders because he did not return the PSP forms and did not respond to the show cause order, and his deadlines to do so have expired. Consequently, because McKinnies' complaint fails to state a valid § 1983 claim and because pursuant to Federal Rule of Civil Procedure 41(b), McKinnies has failed to prosecute his claims and failed to comply with court orders, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 7th day of April, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**

2