**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LAWTON MCKINNIES**                                                              **PLAINTIFF**

**V.**                                                                      **NO. 4:24-CV-125-DMB-DAS**

**WALT MCNEIL**                                                                 **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the order entered this date, this case is dismissed with prejudice.

**SO ORDERED**, this 7th day of April, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**